UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re Matter of

    JESSE M. CARTER                     3:09-mc-22

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

      The Clerk's Office has forwarded documents to the undersigned that were filed by Jesse M. Carter on April 2, 2009. The documents appear to be related to documents that were filed by Mr. Carter on March 16, 2009 and which prompted the Clerk to open a miscellaneous file, 3:09-mc-22. Upon review of the documents filed on March 16, 2009 and April 2, 2009, the Court cannot discern the basis of any subject matter jurisdiction or a cognizable case or controversy. Therefore, it is hereby

      **ORDERED** that the documents filed on April 2, 2009 shall be filed in the miscellaneous file, 3:09-mc-22, and it if further

      **ORDERED** that the above-captioned matter is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION.**

DATED: April 10, 2009

                                              *[signature]*
                                              Thomas J. McAvoy
                                              Senior, U.S. District Judge